# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No._____ -CV-_____

RANDAL ROSADO

     Plaintiff,

vs.

ROBERT NICHOLS, ROBERT DENIS FOLEY
III, LEE COUNTY STATEATTORNEY,
CHARLES J.F. SCHREIBER, JR., THOMAS S.
REESE, JOHN E. DURYEA, ST. LUCIE COUNTY
SHERIFF'S OFFICE, DETECTIVE ANDREW
BOLONKA, INDIAN RIVER COUNTY SHERIFF'S
OFFICE, DETECTIVE SCOTT PROUTY, ST.LUCIE
COUNTY STATE ATTORNEY, EDWARD W. ARENS,
FLORIDA OFFICE OF FINANCIAL REGULATION,
FORT MYERS BROADCASTING COMPANY (A/K/A
"WINK NEWS") AND SABRINA LOLO

     Defendants.

_____/

```
FILED by ___ D.C.

FEB 02 2017

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI
```

## PRELIMINARY STATEMENT

1.  Plaintiff brings this action for compensatory and punitive damages pursuant to 42 U.S.C. 1983,

42 U.S.C., 18 U.S.C. 241, and 28 U.S.C. 4101 for violations of his civil rights, as said rights are

secured by said statutes and the Constitution of the United States of America.

## JURISDICTION

2.  This action is brought pursuant to 42 U.S.C. 1983, 42 U.S.C.1988, 18 U.S.C. 241, 28 U.S.C.

4101 and the Fourth and Fourteenth Amendments to the United States Constitution.

3.  Jurisdiction is founded upon 28 U.S.C. 1331, 1343 and 1367.

4.  Venue is properly laid in the Southern District of Florida under 1391(b) in that this is the

District in which the claim arose. All Defendants are employed and/or reside in this Southern District.

5.  Plaintiff respectfully demands a trial by jury of all issues in this matter pursuant to Fed. R. Civ.

p 38(b).

6.  Plaintiff, Randal Rosado, is currently incarcerated as a result of the actions of the Defendants

related to case # 16-000275CF in Lee County, Florida. The Plaintiff is currently being held at 2501

Ortiz Avenue, Fort Myers, FL 33905.

7.  Defendant, LEE COUNTY STATE ATTORNEY'S OFFICE ("LCSA"), was and is a municipal

corporation duly organized and existing under and by virtue of the laws of the State of Florida.

8.  At all time hereinafter mentioned, the individually named Defendant, ROBERT NICHOLS

("NICHOLS") was a duly sworn member of LCSA and was acting under the supervision of said

department and according to his official duties. Defendant, NICHOLS, is sued herein in his official and

individual capacities.

9.  The individually mentioned Defendant, ROBERT DENIS FOLEY III ("FOLEY") is a duly

sworn member of LCSA and is acting under the supervision of said department and according to his

official duties.

10. Defendant FOLEY was a duly sworn member of Federal Bureau of Investigation, but appeared

to be acting under the supervision of LCSA and potentially outside of his official duties. FOLEY is

sued herein in his official and individual capacities.

11. Defendant, ST. LUCIE COUNTY SHERIFF'S OFFICE ("SLCSO") was and is a municipal

corporation duly organized and existing under and by virtue of the laws of the State of Florida.

12. At all times hereinafter mentioned, the individually named Defendant, DETECTIVE ANDY

BOLONKA ("BOLONKA"), was a duly sworn member of SLCSO and was acting under the

supervision of said department and according to his official duties. BOLONKA is sued herein in his

official and individual capacities.

13. Defendant, ST. LUCIE COUNTY STATE ATTORNEY'S OFFICE (SLCSA), was and is a

municipal corporation duly organized and existing under and by virtue of the laws of the State of

Florida.

14. At all times hereinafter mentioned, the individually named Defendant, EDWARD W. ARENS ("ARENS"), was a duly sworn member of SLCSA and was acting under the supervision of said department and according to his official duties. ARENS is sued herein in his official and individual capacities.

15. Defendant, INDIAN RIVER COUNTY SHERIFF'S OFFICE ("IRCSO") was and is a municipal corporation duly organized and existing under and by virtue of the laws of the State of Florida.

16. At all times hereinafter mentioned, the individually named Defendant, DETECTIVE SCOTT PROUTY ("PROUTY"), was a duly sworn member of IRCSO and was acting under the supervision of said department and according to his official duties.

17. At all times hereinafter mentioned, Defendant, CHARLES J.F. SCHREIBER, JR. ("SCHREIBER") was a duly sworn member of The Florida Bar and Office of the Attorney General, and was acting under the supervision of said agencies and according to his official duties. SCHREIBER is sued herein in his official and individual capacities.

18. At all times hereinafter mentioned, the individually named Defendant, THOMAS S. REESE ("REESE") was a duly sworn member of The Florida Bar and THE TWENTIETH JUDICIAL CIRCUIT FOR LEE COUNTY, FLORIDA, but was not acting under the supervision of said agencies and according to his official duties. REESE is sued herein in his individual capacity.

19. At all times hereinafter mentioned, the individually named Defendant, JOHN E. DURYEA, JR. ("DURYEA") was a duly sworn member of The Florida Bar and the TWENTIETH JUDICIAL CIRCUIT FOR LEE COUNTY, FLORIDA, but was not acting under the supervision of said agencies and according to his official duties. DURYEA is sued herein in his individual capacity.

20. Defendant, FLORIDA OFFICE OF FINANCIAL REGULATION ("OFR") was and is a regulatory corporation duly organized under and by virtue of the laws of the State of Florida.

21. Defendant, FORT MYERS BROADCASTING COMPANY ("WINK NEWS"), is a corporation duly organized and existing under the laws of the State of Florida.

22. At all times hereinafter mentioned, the individually named Defendant, SABRINA LOLO ("LOLO"), was an employee of WINK NEWS and was acting under the supervision of said company and according to her official duties. Defendant LOLO is sued herein in her official and individual capacities.

## FACTS

23. The acts of the Defendants, their agents, servants and employees, were carried out under the color of state law to cause permanent and irreparable harm to the Plaintiff.

24. Based on information provided by Joel Clifford Soucy, previously a Lee County Jail inmate with case # 15-CF-000520(BEK), Defendants LCSA, NICHOLS and FOLEY targeted the Plaintiff for allegations initially against Soucy, and began violating the Plaintiffs' civil rights leading to his arrest in New York on June 28, 2016.

25. Defendants, LCSA, NICHOLS and FOLEY conducted unlawful phone wire taps on the phones of the Plaintiff and his wife in the months prior to the Plaintiff's arrest.

26. On June 28, 2016, Defendants LCSA, NICHOLS and FOLEY conducted an unlawful search and seizure of the Plaintiff's residence located at 129 W Main Street, Goshen, NY 10924. Defendants, LCSA, NICHOLS and FOLEY, acting under color of state law, additionally violated the terms of the unlawful warrant.

27. NICHOLS and FOLEY, after using personal and professional contact details obtained from the unlawful search and seizure, slandered the Plaintiff's reputation and character by spreading lies. NICHOLS and FOLEY have labeled the Plaintiff as a "terrorist" to Attorney Joshua Hauserman of Hauserman Law Group, PLLC.

28. On June 28, 2016, Defendants, LCSA, SLCSO, SLCSA, ARENS, BOLONKA, IRCSO and PROUTY violated the Plaintiff's constitutional rights by conducting an unlawful search and seizure

under color of state law.

29. The Plaintiff was arrested and charged with fifteen felony counts by LCSA, creating criminal case # 16-000275CF in THE TWENTIETH JUDICIAL CIRCUIT FOR LEE COUNTY, FLORIDA. The alleged victims are colleagues and employees of the Defendants, LCSA, NICHOLS, FOLEY, DURYEA and REESE, and attorneys affiliated with the court.

30. Once the Plaintiff was extradited from New York to Lee County Jail, Defendants, SLSCA and SLCSO conspired with LCSA and Lee County Sheriff's Office ("LCSO") to execute an additional arrest warrant on nine counts of the same charges in St. Lucie County, Florida and based on the actions and accusations of Defendants, ARENS, SLCSO, SLCSA, BOLONKA, IRCSO and PROUTY.

31. On or about May 18, 2016, Defendant, CHARLES J.F. SCHREIBER, JR. ("SCHREIBER") intentionally slandered the Plaintiff in a Verified Complaint he prepared for his clients, Defendants, REESE and DURYEA.

32. SCHREIBER makes numerous false accusations not supported by the exhibits attached to the Verified Complaint that was filed in the Second Judicial Circuit for Leon County, Florida on July 8, 2016, creating case # 2016-CA-001546.

33. Defendant, SCHREIBER, has maliciously defamed the Plaintiff in his Verified Complaint and attached motions, where he has labeled the Plaintiff as a "terrorist" and "extremist", causing permanent and irreparable damage to his career and putting his safety and freedom in jeopardy.

34. On May 18, 2016, Defendant, REESE, verified the complaint prepared by SCHREIBER on his behalf, confirming the slanderous and defamatory statements against the Plaintiff.

35. On May 18, 2016, Defendant, DURYEA, verified the complaint prepared by SCHREIBER on his behalf, confirming the slanderous and defamatory statements against the Plaintiff.

36. On June 28, 2016, Defendant, REESE, signed a sworn affidavit slandering the Plaintiff and defaming his character with lies and false allegations restated from his Verified Complaint prepared by SCHREIBER.

37. On June 28, 2016, Defendant, DURYEA, signed a sworn affidavit slandering the Plaintiff and defaming his character with lies and false allegations restated from his Verified Complaint prepared by SCHREIBER.

38. On or about July 14, 2016, Defendant OFR, slandered the Plaintiff and defamed his character in its "Weekly Agency Report". OFR broadcasted to millions of online viewers that the Plaintiff "forged property owners' signatures", mailed "fictitious documents" and "was collecting rent for more than six years on properties in Lee County, Collier County and Palm Beach County belonging to other individuals who were going through foreclosure". None of such statements are true and cannot be validated.

39. The lies and false statements by OFR have caused permanent and irreparable damage to the Plaintiff's reputation, career and livelihood.

40. On October 9, 2016, Defendants LOLO and WINK NEWS published a highly fabricated news story with malicious intent to damage the Plaintiff and violate his right to due process and a fair trial, in order to harm his name and reputation with blatant lies which cannot be validated.

41. The headline of LOLO's article is "LCSO Arrest Man with Track Record of Fraud." The Plaintiff as never been convicted of any crimes in the State of Florida, and has never been arrested on allegations of fraud. The only conviction the Plaintiff has in his lifetime is a misdemeanor DUAI in New York more than twenty-five years ago in 1991.

42. Defendant, LOLO, further reports that the Plaintiff had his real estate license revoked, when the Plaintiff voluntarily allowed his license to expire. Based on the complaint against him, the real estate commission performed a private administrative proceeding, which is an internal proceeding. This is far from having "multiple brushes with the law throughout Florida" as LOLO and WINK NEWS claim in the news story.

43. LOLO repeats the same false allegations from the OFR weekly report, stating "Rosado was collecting rent for over six years from properties in Lee County, Collier County and Palm Beach

belonging to other individual who were foreclosing". These statements are entirely false and this defamation will haunt the Plaintiff forever.

44. LOLO and WINK NEWS further published false statements about the Plaintiff's criminal charges in Lee County, claiming that he was charged with "forgery", when he was not. They also reiterate the false accusations of "creating fraudulent arrest warrants" and "making fake documents", which are untrue, but are included in the charges the Plaintiff is fighting.

45. The blatant lies published from irresponsible and reckless reporting by LOLO and WINK NEWS will have an everlasting negative impact on the Plaintiff's business and professional career. The news outlet has made its false and slanderous reporting available to millions of viewers, and has used social media outlets such as TWITTER, to spread the story to a wider audience and for it to be reposted by other news media outlets. The Plaintiff will never be able to recover from the loss he has suffered personally and professionally.

46. The reporting by Defendants, OFR, LOLO and WINK NEWS has ruined family relationships for the Plaintiff, and caused certain family members, friends and colleagues to stop associating with him and his wife.

47. As a result of the foregoing, Plaintiff, Randal Rosado, sustained mental anguish, shock, right, apprehension, fright, embarrassment, humiliation and deprivation of his constitutional rights.

48. All of the aforementioned acts of the Defendants, their agents, servants, and employees, were carried out under the color of state law.

49. All of the aforementioned acts deprived Plaintiff of the rights, privileges and immunities guaranteed to citizens of the United States by the Fourth and Fourteenth Amendments to the Constitution of the United States of America, and were therefore in violations of 42. U.S.C. Section 1983.

**FIRST CLAIM FOR RELIEF FOR MUNICIPAL LIABIITY**
**UNDER 42 U.S.C. SECTION 1983**

50. Plaintiff, Randal Rosado, repeats, reiterates, and re-alleges each and every allegation set forth above with the same force and effect as it fully set forth herein and at length.

51. The acts complained of were carried out by the aforementioned Defendants individually and in their capacities as police officers and officials, with all actual and/or apparent authority attendant thereto.

52. The foregoing customs, policies, usages, practices, procedures and rules of LCSA, SLCSO, SLCSA and IRCSO were the direct and proximate cause of the constitutional violations suffered by Plaintiff as alleged herein.

53. The foregoing customs, policies, usages, practices, procedures and rules of LCSA, SLCSO, SLCSA and IRCSO were the moving force behind the constitutional violations suffered by Plaintiff as alleged herein.

54. Defendants, collectively and individually, while acting under color of state law, were directly and actively involved in violating the constitutional rights of the Plaintiff.

55. The foregoing acts by Defendants deprived Plaintiff of federally protected constitutional rights, particularly the Fourth and Fourteenth Amendment rights to be free from unreasonable search and seizure.

## SECOND CLAIM FOR RELIEF FOR CONSPIRACY AGAINST CITIZENS UNDER 18 U.SC. 241

56. Plaintiff repeats, reiterates, and re-alleges each and every allegation set forth herein and at length.

57. The aforementioned acts deprived Plaintiff of rights, privileges and immunities guaranteed to citizens of the United States by Article 1 Clause 1, Article 1 Section 9 Clause 3, Article 3 Section 3 Clause 1, Article 4 Section 3 Clause 1 and Article 4 Section 4 Clause 1 of the Constitution of the United States of America, and were therefore in violation of 18 U.S.C. Section 241.

### THIRD CLAIM FOR RELIEF FOR DEPRIVATION OF RIGHTS
### UNDER 18 U.S.C. SECTION 242

58. Plaintiff repeats, reiterates, and re-alleges each and every allegation set forth above with the same force and effect as it fully set forth herein and at length.

59. The aforementioned acts deprived Plaintiff of rights, privileges and immunities guaranteed to citizens of the United States by Article 1 Clause 1, Article 1 Section 9, Clause 3, Article 4 Section 3 Clause 1 and Article 4 Section 4 Clause 1 of the Constitution of the United States of America, and were therefore in violations of 18 U.S.C. Section 242.

### FOURTH CLAIM FOR RELIEF FOR DEFAMATION OF CHARACTER
### UNDER 28 U.S.C. SECTION 4101

60. Plaintiff repeats, reiterates, and re-alleges each and every allegation set forth above with the same force and effect as it fully set forth herein and at length.

61. The act complained of and carried out by Defendants, LCSA, SCSO, SLCSA, IRCSO, WIN NEWS and OFR and the aforementioned Defendants in their capacities as journalists, police officers and officials, with all actual and/or apparent authority attendant thereto, have permanently damaged the character and reputation of the Plaintiff in violation of 28 U.S.C. Section 4101.

62. The Plaintiff is a college graduate and Information Technology professional with more than twenty years of experience. As a contractor and full-time employee, the Plaintiff has worked for numerous highly respected and Fortune 500 companies, including, Hewlett Packard, Franklin Templeton, Massachusetts Financial Services, Ernst & Young, KPMG, State Street Global Advisors, Fidelity, Boston Consulting Group and others.

63. The Plaintiff is also the co-owner of Rosado Companies, LLC and co-author of "Pursuing Your Destiny", a book released in 2011 and featured on several news stations and media outlets.

64. The intentional and malicious reporting of fabricated stories deliberately designed to damage the Plaintiff's reputation, will permanently impact his ability to earn a living for the remainder of his professional working years. The Plaintiff has approximately twenty-three years remaining in his career.

WHEREFORE, the Plaintiff respectfully requests judgment against Defendants on each of the foregoing causes of action as follows:

    i.    an order awarding compensatory damages in an amount to be determined at trial;

    ii.    an order awarding punitive damages in an amount to be determined at trial;

    iii.    directing such other and further relief as the Court may deem just and proper.

Dated: January 31, 2017

Respectfully submitted,
By: /s/ Randal Rosado
Randal Rosado
c/o 2501 Ortiz Avenue
Fort Myers, Florida 33905
Telephone: (561) 444-9179
Email: randyrosado73@gmail.com

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | |
|---|---|
| Randal Rosado _____ *Plaintiff(s)* v. ROBERT NICHOLS, ROBERT DENIS FOLEY III, LEE COUNTY STATE ATTORNEY, CHARLES J. F. SCHREIBER JR. THOMAS S. REESE, JOHN E. DURYEA, ST. LUCIE COUNTY SHERIFF'S OFFICE, DETECTIVE ANDREW BOLONKA, INDIAN RIVER SHERIFF'S OFFICE, DETECTIVE SCOTT PROUTY, ST. LUCIE COUNTY STATE ATTORNEY, EDWARD ARENS, SABRINA LOLO, OFFICE OF FINANCIAL REGULATION and FORT MYERS BROADCASTING COMPANY _____ *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

       Fort Myers Broadcasting Company
       2824 Palm Beach Blvd.
       Fort Myers, FL 33916

       A lawsuit has been filed against you.

       Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
       Randal Rosado
       2501 Ortiz Avenue
       Fort Myers, FL 33905

       If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

       _____
       *(Signature of Clerk or Deputy Clerk)*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

|  |  |  |
|---|---|---|
| Randal Rosado | ) ) ) ) | |
| _____ | ) | Civil Action No. |
| *Plaintiff(s)* | ) | |
| v. | ) | |
| ROBERT NICHOLS, ROBERT DENIS FOLEY III, LEE COUNTY STATE ATTORNEY, CHARLES J. F. SCHREIBER JR. THOMAS S. REESE, JOHN E. DURYEA, ST. LUCIE COUNTY SHERIFF'S OFFICE, DETECTIVE ANDREW BOLONKA, INDIAN RIVER SHERIFF'S OFFICE, DETECTIVE SCOTT PROUTY, ST. LUCIE COUNTY STATE ATTORNEY, EDWARD ARENS, SABRINA LOLO, OFFICE OF FINANCIAL REGULATION and FORT MYERS BROADCASTING COMPANY | ) ) ) ) ) ) ) ) ) ) ) ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Edward Arens
> 411 S. 2nd Street
> Fort Pierce, FL 34950

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Randal Rosado
> 2501 Ortiz Avenue
> Fort Myers, FL 33905

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____

*(Signature of Clerk or Deputy Clerk)*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

|  |  |  |
|---|---|---|
| Randal Rosado | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| ROBERT NICHOLS, ROBERT DENIS FOLEY III, LEE | ) | |
| COUNTY STATE ATTORNEY, CHARLES J. F. | ) | |
| SCHREIBER JR. THOMAS S. REESE, JOHN E. DURYEA, | ) | |
| ST. LUCIE COUNTY SHERIFF'S OFFICE, DETECTIVE | ) | |
| ANDREW BOLONKA, INDIAN RIVER SHERIFF'S | ) | |
| OFFICE, DETECTIVE SCOTT PROUTY, ST. LUCIE | ) | |
| COUNTY STATE ATTORNEY, EDWARD ARENS, | ) | |
| SABRINA LOLO, OFFICE OF FINANCIAL | ) | |
| REGULATION and FORT MYERS BROADCASTING | ) | |
| COMPANY | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Detective Scott Prouty
    4055 41st Avenue
    Vero Beach, FL 32960

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Randal Rosado
    2501 Ortiz Avenue
    Fort Myers, FL 33905

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                         *(Signature of Clerk or Deputy Clerk)*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### Southern District of Florida

|  |  |  |
|---|---|---|
| Randal Rosado | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | Civil Action No. |
| v. | ) | |
| ROBERT NICHOLS, ROBERT DENIS FOLEY III, LEE | ) | |
| COUNTY STATE ATTORNEY, CHARLES J. F. | ) | |
| SCHREIBER JR. THOMAS S. REESE, JOHN E. DURYEA, | ) | |
| ST. LUCIE COUNTY SHERIFF'S OFFICE, DETECTIVE | ) | |
| ANDREW BOLONKA, INDIAN RIVER SHERIFF'S | ) | |
| OFFICE, DETECTIVE SCOTT PROUTY, ST. LUCIE | ) | |
| COUNTY STATE ATTORNEY, EDWARD ARENS, | ) | |
| SABRINA LOLO, OFFICE OF FINANCIAL | ) | |
| REGULATION and FORT MYERS BROADCASTING | ) | |
| COMPANY | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Detective Andrew Bolonka
> 4700 W Midway Road
> Fort Pierce, FL 34981

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Randal Rosado
> 2501 Ortiz Avenue
> Fort Myers, FL 33905

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
                                          *(Signature of Clerk or Deputy Clerk)*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| Randal Rosado<br><br>―――――――――――――<br>*Plaintiff(s)*<br>v.<br><br>ROBERT NICHOLS, ROBERT DENIS FOLEY III, LEE<br>COUNTY STATE ATTORNEY, CHARLES J. F.<br>SCHREIBER JR. THOMAS S. REESE, JOHN E. DURYEA,<br>ST. LUCIE COUNTY SHERIFF'S OFFICE, DETECTIVE<br>ANDREW BOLONKA, INDIAN RIVER SHERIFF'S<br>OFFICE, DETECTIVE SCOTT PROUTY, ST. LUCIE<br>COUNTY STATE ATTORNEY, EDWARD ARENS,<br>SABRINA LOLO, OFFICE OF FINANCIAL<br>REGULATION and FORT MYERS BROADCASTING<br>COMPANY<br>―――――――――――――<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

St. Lucie County State Attorney
411 S. 2nd Street
Fort Pierce, FL 34950

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Randal Rosado
2501 Ortiz Avenue
Fort Myers, FL 33905

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ―――――――――――        ―――――――――――――――――
                                      *(Signature of Clerk or Deputy Clerk)*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

|  |  |  |
|---|---|---|
| Randal Rosado | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | Civil Action No. |
| v. | ) | |
| ROBERT NICHOLS, ROBERT DENIS FOLEY III, LEE | ) | |
| COUNTY STATE ATTORNEY, CHARLES J. F. | ) | |
| SCHREIBER JR. THOMAS S. REESE, JOHN E. DURYEA, | ) | |
| ST. LUCIE COUNTY SHERIFF'S OFFICE, DETECTIVE | ) | |
| ANDREW BOLONKA, INDIAN RIVER SHERIFF'S | ) | |
| OFFICE, DETECTIVE SCOTT PROUTY, ST. LUCIE | ) | |
| COUNTY STATE ATTORNEY, EDWARD ARENS, | ) | |
| SABRINA LOLO, OFFICE OF FINANCIAL | ) | |
| REGULATION and FORT MYERS BROADCASTING | ) | |
| COMPANY | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Robert Nichols
> 2000 Main St.
> Fort Myers, FL 33901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
> Randal Rosado
> 2501 Ortiz Avenue
> Fort Myers, FL 33905

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____      _____
                                     *(Signature of Clerk or Deputy Clerk)*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | |
|---|---|
| Randal Rosado _____ *Plaintiff(s)* v. ROBERT NICHOLS, ROBERT DENIS FOLEY III, LEE COUNTY STATE ATTORNEY, CHARLES J. F. SCHREIBER JR. THOMAS S. REESE, JOHN E. DURYEA, ST. LUCIE COUNTY SHERIFF'S OFFICE, DETECTIVE ANDREW BOLONKA, INDIAN RIVER SHERIFF'S OFFICE, DETECTIVE SCOTT PROUTY, ST. LUCIE COUNTY STATE ATTORNEY, EDWARD ARENS, SABRINA LOLO, OFFICE OF FINANCIAL REGULATION and FORT MYERS BROADCASTING COMPANY _____ *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        Charles J. F. Schreiber, Jr.
        Senior Assistant Attorney General
        Office of the Attorney General
        The Capitol PL-01
        Tallahassee, FL 32399-1050

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Randal Rosado
        2501 Ortiz Avenue
        Fort Myers, FL 33905

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

                          _____
                            *(Signature of Clerk or Deputy Clerk)*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

<table>
<tr><td>Randal Rosado<br><hr><i>Plaintiff(s)</i><br>v.<br><br>ROBERT NICHOLS, ROBERT DENIS FOLEY III, LEE<br>COUNTY STATE ATTORNEY, CHARLES J. F.<br>SCHREIBER JR. THOMAS S. REESE, JOHN E. DURYEA,<br>ST. LUCIE COUNTY SHERIFF'S OFFICE, DETECTIVE<br>ANDREW BOLONKA, INDIAN RIVER SHERIFF'S<br>OFFICE, DETECTIVE SCOTT PROUTY, ST. LUCIE<br>COUNTY STATE ATTORNEY, EDWARD ARENS,<br>SABRINA LOLO, OFFICE OF FINANCIAL<br>REGULATION and FORT MYERS BROADCASTING<br>COMPANY<br><hr><i>Defendant(s)</i></td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No.</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

      St. Lucie County Sheriff's Office
      4700 W Midway Road
      Fort Pierce, FL 34981

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
      Randal Rosado
      2501 Ortiz Avenue
      Fort Myers, FL 33905

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____      _____
                                           *(Signature of Clerk or Deputy Clerk)*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

|  |  |  |
|---|---|---|
| Randal Rosado | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | Civil Action No. |
| v. | ) | |
| ROBERT NICHOLS, ROBERT DENIS FOLEY III, LEE COUNTY STATE ATTORNEY, CHARLES J. F. SCHREIBER JR. THOMAS S. REESE, JOHN E. DURYEA, ST. LUCIE COUNTY SHERIFF'S OFFICE, DETECTIVE ANDREW BOLONKA, INDIAN RIVER SHERIFF'S OFFICE, DETECTIVE SCOTT PROUTY, ST. LUCIE COUNTY STATE ATTORNEY, EDWARD ARENS, SABRINA LOLO, OFFICE OF FINANCIAL REGULATION and FORT MYERS BROADCASTING COMPANY | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        Sabrina Lolo
        2824 Palm Beach Blvd.
        Fort Myers, FL 33916

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
        Randal Rosado
        2501 Ortiz Avenue
        Fort Myers, FL 33905

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

        _____
        *(Signature of Clerk or Deputy Clerk)*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| Randal Rosado _____ *Plaintiff(s)* v. ROBERT NICHOLS, ROBERT DENIS FOLEY III, LEE COUNTY STATE ATTORNEY, CHARLES J. F. SCHREIBER JR. THOMAS S. REESE, JOHN E. DURYEA, ST. LUCIE COUNTY SHERIFF'S OFFICE, DETECTIVE ANDREW BOLONKA, INDIAN RIVER SHERIFF'S OFFICE, DETECTIVE SCOTT PROUTY, ST. LUCIE COUNTY STATE ATTORNEY, EDWARD ARENS, SABRINA LOLO, OFFICE OF FINANCIAL REGULATION and FORT MYERS BROADCASTING COMPANY _____ *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Robert Denis Foley
> 2000 Main St.
> Fort Myers, FL 33901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Randal Rosado
> 2501 Ortiz Avenue
> Fort Myers, FL 33905

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                          *(Signature of Clerk or Deputy Clerk)*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| Randal Rosado | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | )   Civil Action No. |
| ROBERT NICHOLS, ROBERT DENIS FOLEY III, LEE | ) |
| COUNTY STATE ATTORNEY, CHARLES J. F. | ) |
| SCHREIBER JR. THOMAS S. REESE, JOHN E. DURYEA, | ) |
| ST. LUCIE COUNTY SHERIFF'S OFFICE, DETECTIVE | ) |
| ANDREW BOLONKA, INDIAN RIVER SHERIFF'S | ) |
| OFFICE, DETECTIVE SCOTT PROUTY, ST. LUCIE | ) |
| COUNTY STATE ATTORNEY, EDWARD ARENS, | ) |
| SABRINA LOLO, OFFICE OF FINANCIAL | ) |
| REGULATION and FORT MYERS BROADCASTING | ) |
| COMPANY | ) |
| _____ | ) |
| *Defendant(s)* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

      John E. Duryea
      Lee County Justice Center
      1700 Monroe Street
      Fort Myers, FL 33901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
      Randal Rosado
      2501 Ortiz Avenue
      Fort Myers, FL 33905

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

                                    _____
                                   *(Signature of Clerk or Deputy Clerk)*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

|  |  |  |
|---|---|---|
| Randal Rosado | ) ) ) ) | |
| _Plaintiff(s)_ | ) ) ) | Civil Action No. |
| v. | ) | |
| ROBERT NICHOLS, ROBERT DENIS FOLEY III, LEE COUNTY STATE ATTORNEY, CHARLES J. F. SCHREIBER JR. THOMAS S. REESE, JOHN E. DURYEA, ST. LUCIE COUNTY SHERIFF'S OFFICE, DETECTIVE ANDREW BOLONKA, INDIAN RIVER SHERIFF'S OFFICE, DETECTIVE SCOTT PROUTY, ST. LUCIE COUNTY STATE ATTORNEY, EDWARD ARENS, SABRINA LOLO, OFFICE OF FINANCIAL REGULATION and FORT MYERS BROADCASTING COMPANY | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| _Defendant(s)_ | | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

        Office of Financial Regulation
        1400 W Commercial Blvd., # 135
        Fort Lauderdale, FL 33309

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
        Randal Rosado
        2501 Ortiz Avenue
        Fort Myers, FL 33905

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                   _CLERK OF COURT_

Date: _____

                                            _(Signature of Clerk or Deputy Clerk)_

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

|  | )  |
|---|---|
| Randal Rosado | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No. |
| ROBERT NICHOLS, ROBERT DENIS FOLEY III, LEE | ) |
| COUNTY STATE ATTORNEY, CHARLES J. F. | ) |
| SCHREIBER JR. THOMAS S. REESE, JOHN E. DURYEA, | ) |
| ST. LUCIE COUNTY SHERIFF'S OFFICE, DETECTIVE | ) |
| ANDREW BOLONKA, INDIAN RIVER SHERIFF'S | ) |
| OFFICE, DETECTIVE SCOTT PROUTY, ST. LUCIE | ) |
| COUNTY STATE ATTORNEY, EDWARD ARENS, | ) |
| SABRINA LOLO, OFFICE OF FINANCIAL | ) |
| REGULATION and FORT MYERS BROADCASTING | ) |
| COMPANY | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

      Lee County State Attorney
      2000 Main St.
      Fort Myers, FL 33901

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
      Randal Rosado
      2501 Ortiz Avenue
      Fort Myers, FL 33905

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____

_____
_(Signature of Clerk or Deputy Clerk)_

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

|  |  |  |
|---|---|---|
| Randal Rosado | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | Civil Action No. |
| v. | ) | |
| ROBERT NICHOLS, ROBERT DENIS FOLEY III, LEE | ) | |
| COUNTY STATE ATTORNEY, CHARLES J. F. | ) | |
| SCHREIBER JR. THOMAS S. REESE, JOHN E. DURYEA, | ) | |
| ST. LUCIE COUNTY SHERIFF'S OFFICE, DETECTIVE | ) | |
| ANDREW BOLONKA, INDIAN RIVER SHERIFF'S | ) | |
| OFFICE, DETECTIVE SCOTT PROUTY, ST. LUCIE | ) | |
| COUNTY STATE ATTORNEY, EDWARD ARENS, | ) | |
| SABRINA LOLO, OFFICE OF FINANCIAL | ) | |
| REGULATION and FORT MYERS BROADCASTING | ) | |
| COMPANY | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Thomas S. Reese
> 11467 Waterford Village Drive
> Fort Myers, FL 33913

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Randal Rosado
> 2501 Ortiz Avenue
> Fort Myers, FL 33905

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____

*(Signature of Clerk or Deputy Clerk)*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

|  |  |
|---|---|
| Randal Rosado<br><br>———————————————————<br>*Plaintiff(s)*<br>v.<br><br>ROBERT NICHOLS, ROBERT DENIS FOLEY III, LEE<br>COUNTY STATE ATTORNEY, CHARLES J. F.<br>SCHREIBER JR. THOMAS S. REESE, JOHN E. DURYEA,<br>ST. LUCIE COUNTY SHERIFF'S OFFICE, DETECTIVE<br>ANDREW BOLONKA, INDIAN RIVER SHERIFF'S<br>OFFICE, DETECTIVE SCOTT PROUTY, ST. LUCIE<br>COUNTY STATE ATTORNEY, EDWARD ARENS,<br>SABRINA LOLO, OFFICE OF FINANCIAL<br>REGULATION and FORT MYERS BROADCASTING<br>COMPANY<br>———————————————————<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)       Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

      Indian River County Sheriff's Office
      4055 41st Avenue,
      Vero Beach, FL 32960

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
      Randal Rosado
      2501 Ortiz Avenue
      Fort Myers, FL 33905

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                                  *(Signature of Clerk or Deputy Clerk)*

Randal Rosado
2501 Ortiz Avenue
Fort Myers, FL 33905

Wilkie D. Ferguson, Jr.
U.S. Courthouse
400 N. Miami Avenue
Miami, FL 33128

UNITED STATES
POSTAL SERVICE.

**P**

PRIORITY MAIL ®

US POSTAGE
**$7.50**

1006

Origin: 79452
Destination: 33128
0 Lb 5.00 Oz
Jan 31, 17
4853930412-05

Expected Delivery Day: 02/02/2017

USPS TRACKING N

9505 5134 8301 7031

SMS INSPECTED